IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JEFFREY CHAVIS,                )
                               )
          Plaintiff,           )
                               )
     v.                        )      1:24-cv-246
                               )
UNKNOWN PRISON OFFICIALS,      )
                               )
          Defendant.           )
```

## ORDER

On March 21, 2024, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 8th day of July, 2024.

_____
United States District Judge